IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SHERMAN WILKINS : | |
| Plaintiff, : | |
| : | |
| v. : | CIVIL ACTION NO. 12-3346 |
| : | |
| : | |
| BOZZUTO & ASSOCIATES, INC., t/d/b/a : | |
| THE BOZZUTO GROUP : | |
| Defendants. : | |
| : | |

# ORDER

**AND NOW,** this 28th day of February 2013, upon consideration of Defendant's Motion to Dismiss and the response thereto, and for the reasons stated in the accompanying Memorandum, it is hereby **ORDERED** that the Motion is **DENIED**. Defendant shall file an answer to the Complaint within 21 days.

It is so **ORDERED**.

BY THE COURT:

/s/ Cynthia M. Rufe

_____
**CYNTHIA M. RUFE, J.**